**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: October 23, 2006**

*C. Kathryn Preston*
United States Bankruptcy Judge

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 04-53907 |
| Jeffrey Michael McCarty, | : | Chapter 7 - Judge Preston |
| SSN: xxx-xx-2538 | : | |
| Tanya Renee McCarty, | | |
| SSN: xxx-xx-2800 | : | |
| Debtors. | : | |

### ORDER GRANTING TRUSTEE'S AMENDED
### MOTION TO REFUND MONEY TO DEBTORS

This matter comes before the Court pursuant to Trustee's Amended Motion to Refund Money to Debtors [Doc. No. 47]. No timely objection having been filed or served, and the Trustee having given adequate notice and opportunity for hearing, it is hereby

**ORDERED** that Trustee's Amended Motion is granted; and it is further

**ORDERED** that Trustee is authorized to return the sum of $637.24 to the Debtors which was money returned by creditors on paid account.

**IT IS SO ORDERED.**

cc: United States Trustee's Office, 170 North High Street, Suite 200, Columbus, OH 43215
Larry J. McClatchey, Trustee, 65 East State Street, Suite 1800, Columbus, OH 43215
Jeffrey & Tanya McCarty,- 4873 Bixby Ridge Dr., West, Groveport, OH 43215 Debtors
Mark Albert Herder, 901 S. High Street, Columbus, OH 43206-2554 - Attorney for Debtors

###